IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: | Case No.: 16-21628 CMB |
| GATEWAY ENTERTAINMENT STUDIOS, LP, | Chapter 11 |
| DEBTOR, | |
| | Document No.: 114 |
| GATEWAY ENTERTAINMENT STUDIOS, LP, | |
| MOVANT, | |
| v. | |
| NO RESPONDENT. | |

**ORDER**

AND NOW THIS 11th day of October, 2016, upon the presentation of Debtor, GATEWAY ENTERTAINMENT STUDIOS, LP's Motion To Pay Pre-Petition Real Estate Taxes, IT IS HEREBY ORDERED, ADJUDGED and DECREED THAT Debtor's Motion is Granted.

Carlota M. Bohm
United States Bankruptcy Judge

FILED
10/12/16 8:16 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA