**Form 603**

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE:

| | | |
|---|---|---|
| **Gateway Entertainment Studios LP** | : | Case No. 16–21628–CMB |
| 45–1960989 | : | Chapter: 11 |
| *Debtor(s)* | : | Related to Document No. 336, 337 |
| | : | Hearing Date: 3/21/17 at 10:00 AM |
| | | Response Date: 3/14/17 |

**ORDER APPROVING DISCLOSURE STATEMENT,
SETTING DEADLINES, AND SCHEDULING
HEARING ON PLAN CONFIRMATION**

*AND NOW,* this **9th day of February, 2017,** after notice and a hearing to consider the approval of the ***Amended Disclosure Stmt.*** [Doc. No. 336] (the "Disclosure Statement") relating to the Amended Plan of Reorganization Dated December 22, 2016 (the "Plan") filed by the Debtor, Gateway Entertainment Studios, LP (the "Plan Proponent"), and after consideration of any objections thereto, and it having been determined that the *Disclosure Statement* contains adequate information within the meaning of *11 U.S.C. §1125,*

It is hereby **ORDERED, ADJUDGED and DECREED** that:

(1) The *Disclosure Statement* filed by the Plan Proponent is **APPROVED**. Any objections to the *Disclosure Statement*, to the extent not withdrawn, are overruled.

(2) **On or before February 14, 2017,** the *Disclosure Statement, Plan, Plan Summary*, and a copy of this *Order* shall be mailed to all creditors, equity security holders, and other parties in interest, and shall be transmitted to the United States Trustee, as provided in *Fed.R.Bankr.P. 2002* and *3017(d)*. A copy of the *Ballot* (conforming to *Official Form No. 14*) shall also be included in the solicitation package for those parties entitled to vote on the Plan. For those parties who are not entitled to vote on the Plan, a notice of non–voting status shall be sent in lieu of a Ballot, as required by *Fed.R.Bankr.P. 3017(d)*. A certificate evidencing service in compliance with this paragraph shall be filed with the Court.

(3) **March 14, 2017,** is the balloting deadline for voting on the Plan. All parties who are entitled to vote on the Plan must submit written ballots (either accepting or rejecting the Plan) to the Plan Proponent so that they are received no later than March 14, 2017 at the following address: Robert O Lampl, Esq., 960 Penn Ave., Suite 1200, Pittsburgh, PA 15222.

(4) **March 14, 2017** is also the last day for:

(a) filing claims not already barred by operation of law, rule, or order of this Court; and
(b) filing and serving written objections to confirmation of the Plan, pursuant to *Fed.R.Bankr.P. 3020(b)(1)*.

continued on reverse side or next page

(5)    On *March 16, 2017* the Plan Proponent shall file a *Summary* of the balloting referred to in Paragraph (3), above.

(6)    *March 21, 2017* is the last day for filing a complaint objecting to discharge, if applicable, pursuant to *Fed.R.Bankr.P. 4004(a)*.

(7)    On *March 21, 2017* at **10:00 AM** a confirmation hearing for the *Plan* filed by the Plan Proponent [Doc. No. 337] is scheduled in Courtroom B, 54th Floor, U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA 15219 .

Dated: February 9, 2017

cm: Debtor
    Robert O Lampl, Esq.

Carlota M. Böhm, Judge
United States Bankruptcy Court