**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

**IN RE:**

**GATEWAY ENTERTAINMENT STUDIOS LP,**

**Debtor.**

**Bankruptcy No. 16-21628-CMB**

**Chapter 11**
Related to:
**Document No.** 443

**GATEWAY ENTERTAINMENT STUDIOS LP,**

**Movant,**

**vs.**

**BURCHICK CONSTRUCTION COMPANY,**
**SOUTH HILLS BUILDERS, LLC,**
**SKYLINE INDUSTRIES, INC.,**
**31st STREET BUSINESS PARK, LLC,**
**CITY OF PITTSBURGH TREASURER,**
**CITY OF PITTSBURGH SCHOOL DISTRICT,**
**ALLEGHENY COUNTY TREASURER,**
**INTERNAL REVENUE SERVICE,**
**PENNSLVANIA DEPARTMENT OF REVENUE,**

**Respondents.**

**ORDER OF COURT**

AND NOW, to-wit, this 7th day of April, 2017, after notice and opportunity for hearing, and the Court having considered the Debtor's Expedited Motion to Approve Bidding Procedures, it is hereby **ORDERED**, **ADJUDGED** and **DECREED** as follows:

1. The Debtor's Expedited Motion to Approve Bidding Procedures is Granted;

2. The Following Bidding Procedures shall govern the conduct of the sale of the Debtor's real property:

**(a) Qualified Bidders; Qualified Bids.** In order to be eligible to bid on the Assets at the Sale Hearing, each bidder, must be determined to be a **"Qualified Bidder,"** which

is a bidder that has submitted a Qualified Competing Bid (as defined below). Within two (2) business days after Counsel for the Debtor receives from a potential bidder all of the materials required to be submitted pursuant to paragraph 8(b) below, the Debtor shall make an initial determination, subject to final review and approval by the Court, whether a potential bidder is a Qualified Bidder and has submitted a Qualified Competing Bid. After such initial determination is made, the Debtor, through Counsel, shall notify the potential bidder of the decision.

**(b) Submission of Bid.** Unless otherwise agreed upon by the Debtor, in order to be considered for status as a Qualified Bidder, a potential bidder must deliver the following to Robert O Lampl, 960 Penn Avenue, Suite 1200, Pittsburgh, PA 15222 (email: rlampl@lampllaw.com) ("Escrow Agent") at least three (3) business days prior to the "to be determined" hearing date regarding the Motion for Public Sale (the "Sale Hearing"):

(i) A fully executed Asset Purchase Agreement (APA), the form of which is attached to the Motion to Approve Bidding Procedures as **Exhibit B**. In the event that the bidder submits an APA with any terms that are not the same as the form APA, those terms must be noted in redline in the executed version of the APA submitted by the bidder.

(ii) Proof, in a form satisfactory to the Debtor, of the bidder's financial ability to consummate its offer to purchase Debtor's real property;

(iii) An earnest money deposit of $200,000.00 in cash, a cashier's check, certified check or wire transfer payable to Robert O Lampl as Escrow Agent for Gateway Entertainment Studios, LP; and

(iv) A bid in an amount at least equal to $11,800,000.00 with respect to the cash consideration of the bid (the "Minimum Overbid").

The Debtor shall promptly provide copies of all information submitted by potential bidders to the Official Committee of Unsecured Creditors.

**(c) Participation in Auction; Successful Bidder.** If one or more Qualified Competing Bids are received, an auction will be conducted at Public Sale Hearing. The bidding will start at the Minimum Overbid. Each Qualified Bidder shall be permitted to raise their bid at the Public Sale Hearing until all bidders cease bidding or raising their bids. Each successive bid must be in increments of at least $50,000.00.

**(d) Court Approval.** At the Public Sale Hearing, the Debtor will be seeking approval of the sale to the successful bidder, and entry of an Order authorizing and approving the transactions contemplated by the Form APA or other APA as the case may be (the "Sale Order"). The Sale Order shall be acceptable in form and substance to the Debtor and the successful bidder.

**(e) <u>Inspection</u>.** By submitting a bid, each Qualified Bidder shall be deemed to acknowledge: (i) that it had a full and fair opportunity to inspect and examine the property to be purchased and all pertinent documents and information provided by the Debtor, with respect to the property, prior to making its offer, and that each such bidder relied solely on that review and upon its own investigation (including through its own professional representatives and advisors) and inspection of the property in making its offer; and (b) that it is not relying upon any written or oral statements, representations, or warranties of the Debtor or any other person or entity, or any of their respective officers, directors, employees, agents, attorneys, professional and representatives.

**(f) <u>Deposits</u>.** Deposits will be held in escrow by the Escrow Agent and will be returned to such affected bidder if such bidder is not the successful bidder (as such terms are defined herein), within ten (10) business days following the Sale Hearing. If the failure by the successful bidder to consummate the purchase is the result of such successful bidder's breach of, or default or failure to perform under any successful bidder sale documents or the terms of these Bidding Procedures, said bidder's deposit shall be forfeited to the Debtor and the Debtor shall thereupon have the right to assert all rights and remedies provided under applicable law.

**(g) <u>Liens</u>.** The Property shall be sold AS IS/WHERE IS, free and clear of all liens, claims, interests, and encumbrances, existing as of the date of the closing of the transactions contemplated by and in accordance with the successful bidder's purchase agreement and the Sale Order, subject only to title exceptions and other assumed liens, claims, interests and encumbrances that are mutually agreed to by the parties.

**(f) <u>Back-Up Bidder</u>.** If an auction is conducted, the party with the next highest and best Qualified Competing Bid, as determined by the Court, shall serve as a back-up bidder ("the Back-up Bidder") and keep such bid open and irrevocable until the earlier of 5:00 p.m. (prevailing Eastern time) on the date which is (i) thirty (30) days after the date of the Public Sale Hearing (the "Outside Back-up Date") or (ii) the closing of the Sale transaction with the Successful Bidder. The Back-Up Bidder's deposit will be returned by no later than the third (3rd) business day after the earlier to occur of: (a) the closing of the sale transaction with the Successful Bidder or (b) the Outside Back-up Date. Following the Public Sale Hearing, if the Successful Bidder fails to consummate an approved Sale because of (a) the failure of a condition precedent beyond the control of either the Debtor or the Successful Bidder or (b) a breach or failure to perform on the part of such Successful Bidder, the Back-up Bidder will be deemed to be the new Successful Bid, and the Debtor will be authorized to consummate the Sale with the Back-up Bidder without further order of the Court.

This Order becomes effective on April 17, 2017

Carlota M. Böhm
Carlota M. Böhm
United States Bankruptcy Judge

FILED
4/7/17 3:06 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA