# Notice Recipients

| | | |
|---|---|---|
| District/Off: 0315−2 | User: kthe | Date Created: 4/7/2017 |
| Case: 16−21628−CMB | Form ID: pdf900 | Total: 1 |

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**

| | | | |
|---|---|---|---|
| db | Gateway Entertainment Studios LP | 71 31st Street | Pittsburgh, PA 15201 |

TOTAL: 1